1  KAREN P. HEWITT
   United States Attorney
2  CALEB E. MASON
   Assistant United States Attorney
3  California Bar No. 246653
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-5956/(619)235-4716(Fax)
   Email: caleb.mason@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                       **UNITED STATES DISTRICT COURT**

9                       **SOUTHERN DISTRICT OF CALIFORNIA**

10
   UNITED STATES OF AMERICA,       ) Criminal Case No.  08CR0165BEN
11                                 )
                Plaintiff,         )
12                                 )
            v.                     ) STATUS REPORT
13                                 )
   AGUSTIN SOLTERO-FONSECA,        )
14                                 ) Date:       July 21, 2008
                Defendant.         ) Time:       1:30 p.m.
15                                 ) Honorable:  Barbara L. Major
                                   ) Courtroom:
16
        The UNITED STATES OF AMERICA, by and through its counsel, KAREN
17
   P. HEWITT, United States Attorney, CALEB E. MASON, Assistant United
18
   States Attorney, hereby files the following Status Report.
19

20

21

22

23

24

25

26

27

28

On January 22, 2008, defendant Agustin Soltero-Fonseca ("Defendant") was charged by Information with three counts alleging violation of 8 U.S.C. § 1325.

On March 18, 2008, this Court found Defendant to be incompetent, pursuant to a psychological evaluation. On July 15, 2008, the date set for a competency hearing in this Court, Defendant's counsel alleged that the government had not completed required further evaluation of Defendant in a timely manner. This Court ordered briefing on the issue.

On July 16, 2008, Defendant was indicted by a grand jury for the Southern District of California. The indictment charged one count of violation of 8 U.S.C. § 1326.

At Defendant's next appearance, Defendant will be arraigned on the § 1326 indictment and the government will move to dismiss the § 1325 information. Accordingly, all claims arising out of the § 1325 charges are moot.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ **Caleb E. Mason**
Caleb E. Mason
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AUGUSTIN SOLTERO-FONSECA,<br><br>    Respondent. | Case No. 08cr1065BEN<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Caleb Mason, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the above Status Report, dated July 18, 2008, and this Certificate of Service, dated July 18, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Shaffy Moeel, Esq.**

**Federal Defenders of San Diego, Inc.**

**225 Broadway, Suite 900**

*Attorney for defendant.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2008.

/s/ Caleb E. Mason

CALEB E. MASON

Assistant United States Attorney

3