**SHAFFY MOEEL**
California State Bar No. 238732
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
shaffy_moeel@fd.org

Attorneys for Mr. Soltero-Fonseca

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARBARA L. MAJOR)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0165-BEN |
| Plaintiff, | ) | DATE: July 22, 2008 |
| | ) | TIME: 9:00 a.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| AUGUSTIN SOLTERO-FONSECA, | ) | |
| Defendant. | ) | (1) COURT ORDERED BRIEFING ON ISSUES RELATED TO DEFENDANT'S COMPETENCY HEARING |
| _____ | ) | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY;
CALEB MASON, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on July 22, 2008 at 9:00 a.m., August Soltero-Fonseca, by and through his attorneys, Shaffy Moeel and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions:

(1) court ordered briefing on issues related to defendant's competency hearing.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: July 20, 2008                              /s/ Shaffy Moeel
                                                  **SHAFFY MOEEL**
                                                  Federal Defenders of San Diego, Inc.
                                                  Attorneys for Mr. Soltero-Fonseca