## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Caleb Mason**
Caleb.Mason@usdoj.gov

Dated: July 20, 2008                                /s/ Shaffy Moeel
                                                    SHAFFY MOEEL
                                                    Federal Defenders of San Diego, Inc.
                                                    225 Broadway, Suite 900
                                                    San Diego, CA 92101-5030
                                                    (619) 234-8467  (tel)
                                                    (619) 687-2666  (fax)
                                                    e-mail: Shaffy_Moeel@fd.org